# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**

City: Hagåtña

Country/Parish: N/A

**Related Case Information:**

Superseding Indictment: _____   Docket Number: **06-00022**

Same Defendant: __X__   New Defendant: _____

Search Warrant Case Number: _____

R 20/ R 5(c) from: District of Maryland

**Defendant Information:**

Juvenile: Yes ___ No _X_   Matter to be sealed: ___ Yes _X_ No

Defendant Name: THIRUNAVUKARASU VARATHARASA

Alliias Name: _____

Address: _____

RECEIVED
OCT - 5 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Birth date: XX/XX/___   SS#: N/A   Sex: M   Race: A   Nationality: Sri Lakan

**U.S. Attorney Information:**

AUSA: Marivic P. David

Interpreter: ___ No _X_ Yes   List language and/or dialect: Tamil

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: 6   ___ Petty ___ Misdemeanor _X_ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371, and 22 U.S.C. § 2278 | CONSPIRACY TO EXPORT ARMS AND MUNITIONS | 1 |
| Set 2 | 18 U.S.C. § 2339B(a)(1), and 18 U.S.C. § 2339A(b)(1) | CONSPIRACY TO PROVIDE MATERIAL SUPPORT TO A FOREIGN TERRORIST ORGANIZATION | 2 |
| Set 3 | 18 U.S.C. § 1956(a)(2)(A), and 18 U.S.C. § 2 | MONEY LAUNDERING | 3 |
| Set 4 | 18 U.S.C. § 1956(a)(2)(A), and 18 U.S.C. § 2 | MONEY LAUNDERING | 4 |

(Continued on reverse)

Date: 10/5/06   Signature of AUSA: /s/

ORIGINAL

Date: _____ Signature of AUSA: _____

| Set | 22 U.S.C. §§ 2778(b)(2) and 5 2778(c), and 22 CFR §§ 121.1 121.4, 123.1, 127.1, 127.1(c), and 127.3 | ATTEMPTED EXPORT OF ARMS AND MUNITIONS | 5 |
| Set | 6 18 U.SC. 924(c) | USE AND CARY OF A FIREARM IN RELATION TO A CRIME OF VIOLENCE | 6 |