# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: MJ-06-00022          DATE: October 06, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori     Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez     Electronically Recorded: 11:06:08 - 11:22:27
CSO: F. Tenorio

**APPEARANCES:**
Defendant: Thirunavukarasu Varatharasa     Attorney: Rawlen Mantanona
☑ Present ☑ Custody ☐ Bond ☐ P.R.     ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Marivic P. David     U.S. Agent: John Duenas, B.I.C.E.
U.S. Probation: Maria Cruz     U.S. Marshal: V. Roman / W. Gray
Interpreter: Krishnan Seerengan     Language: Tamil

**PROCEEDINGS: Initial Appearance on Petition for Removal**
- Rawlen Mantanona appointed to represent the defendant.
- Defendant advised his rights and charges.
- Identity Hearing waived.
- Warrant of Removal issued.
- Mr. Mantanona advised the Court that his client is not feeling well. Court instructed the U.S. Marshals Service to provide any medical assistance necessary to assist the defendant.
- Defendant remanded to the custody of the U.S. Marshals Service for the District of Guam for removal to the District of Maryland.

NOTES: