

**FILED**
DISTRICT COURT OF GUAM

OCT - 6 2006

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>vs.<br><br>THIRUNAVUKARASU VARATHARASA,<br><br>    Defendant. | MAGISTRATE CASE NO. 06-00022<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that **RAWLEN MANTANONA** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to October 5, 2006.

Dated this 6th day of October, 2006.

_____
JOAQUIN V. E. MANIBUSAN, JR.
MAGISTRATE JUDGE
U.S. DISTRICT COURT OF GUAM

**ORIGINAL**