LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza.
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
OCT - 6 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> THIRUNAVUKARASU ) <br> VARATHARASA, ) <br> ) <br> Defendant. ) | MAGISTRATE CASE NO. 06-00022 <br><br> **WAIVER OF IDENTITY** |

The defendant, after advice of counsel, waives an identity hearing and consents to an issuance of an Order requiring his appearance in the District of Maryland where there is a warrant outstanding for his arrest.

10.06.2006
DATE

ᛞ. ᨱᨿᨯᨿᨯᨱᨯᨱ
THIRUNAVUKARASU VARATHARASA
Defendant

Approved as to form:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

**ORIGINAL**