LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza.
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
OCT -6 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>THIRUNAVUKARASU<br>VARATHARASA,<br><br>　　　　　Defendant. | MAGISTRATE CASE NO. 06-00022<br><br>**WARRANT OF REMOVAL** |

TO:　U.S. MARSHAL
　　　District of Guam

　　A Superseding Indictment for defendant, THIRUNAVUKARASU VARATHARASA, having been filed in the United States District Court for the District of Maryland, Criminal Case No. CCB-06- 0416, charging THIRUNAVUKARASU VARATHARASA, with Conspiracy to Export Arms & Munitions; Conspiracy to Provide Material Support or Resources to a Foreign Terrorist Organization; Money Laundering; Attempted Export of Arms and Munitions; and Use and Carry of a Firearm in Relation to a Crime of Violence; and a Warrant for Arrest having issued for his arrest, and

　　Said THIRUNAVUKARASU VARATHARASA, having been arrested in this District on a warrant of arrest issued pursuant to the above Superseding Indictment, admitted identity, and to being

///
///
///

ORIGINAL

held to answer in the District of Maryland, THIRUNAVUKARASU VARATHARASA is committed to your custody pending removal to the District of Maryland;

You are therefore commanded to remove THIRUNAVUKARASU VARATHARASA forthwith to the District of Maryland and there deliver him to the United States Marshal for the District or to some other officer authorized to received him.

DATED this 6th day of October 2006.

JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam