CJA 21  AUTHORIZATION AND VOUCHER FOR EXPERT AND OTHER SERVICES

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | VOUCHER NUMBER |
| GUX | VARATHARASA, THIRUNAVUKARASU | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
| 1:06-000022-001 | 1:06-000043-001 | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
| U.S. v. VARATHARASA | Other | Adult Defendant | Extradition Cases |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section).  If more than one offense, list (up to five) major offenses charged, according to severity of offense.

12. ATTORNEY'S STATEMENT
As the attorney for the person represented who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request
Authorization to obtain the service. Estimated Compensation: $ _____  OR
Approval of services already obtained to be paid for by the United States from the Defender Services Appropriation. (Note: Prior authorization should be obtained for services in excess of $500)

_____
Signature of Attorney                                                                           Date

Panel Attorney      Retained Atty      Pro-Se      Legal Organization

Attorney's name (First name, Middle initial, Last name, including suffix) and mailing address.

Telephone Number: _____

**FILED**

DISTRICT COURT OF GUAM

OCT 24 2006

MARY L.M. MORAN
CLERK OF COURT

| 13. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES (See Instructions) | 14. TYPE OF SERVICE PROVIDER |
| | 01  Investigator                  20  Legal Analyst/Consultant |
| | 02 X Interpreter/Translator       21  Jury Consultant |
| | 03  Psychologist                  22  Mitigation Specialist |
| | 04  Psychiatrist                  23  Duplication Services (See Instructions) |
| | 05  Polygraph Examiner            24  Other (specify) |
| | 06  Documents Examiner |
| **15. Court Order** | 07  Fingerprint Analyst |
| Financial eligibility of the person represented having been established to the court's satisfaction, the | 08  Accountant |
| authorization requested in Item 12 is hereby granted. | 09  CALR (Westlaw/Lexis,etc) |
| | 10  Chemist/Toxicologist |
| | 11  Ballistics Expert |
| _____ | 13  Weapons/Firearms/Explosive Expert |
| Signature of Presiding Judicial Officer or By Order of the Court | 14  Pathologist/Medical Examiner |
| | 15  Other Medical Expert |
| | 16  Voice/Audio Analyst |
| _____     _____ | 17  Hair/Fiber Expert |
| Date of Order              Nunc Pro Tunc Date | 18  Computer (Hardware/Software/Systems) |
| Repayment or partial repayment ordered from the person represented for this service at time of authorization. | 19  Paralegal Services |
| YES      NO | |

| 16. SERVICES AND EXPENSES (Attach itemization of services and expenses with dates) | AMOUNT CLAIMED | MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
| a. Compensation | | | |
| b. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | |
| c. Other Expenses | | | |

17. PAYEE'S NAME (First Name, M.I., Last Name, including any suffix) and MAILING ADDRESS

TIN: _____
Telephone Number: _____

CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM _____ TO _____
CLAIM STATUS      Final      Interim Payment Number _____      Supplemental Payment
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee: _____                                                  Date: _____

18. CERTIFICATION OF ATTORNEY: I hereby certify that the services were rendered for this case.

Signature of Attorney: _____                                                        Date: _____

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOT. AMT APPROVED/CERTIFIED |
| | | | |

23. Either the cost (excluding expenses) of these services does not exceed $500, or prior authorization was obtained.
Prior authorization was not obtained, but in the interest of justice the court finds that timely procurement of these necessary services could not await prior authorization,
even though the cost (excluding expenses) exceeds $500.

_____              _____                    _____
Signature of Presiding Judicial Officer                        Date                         Judge/Mag. Judge Code

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED |
| | | | |

28. PAYMENT APPROVED IN EXCESS OF THE STATUTORY THRESHOLD UNDER 18 U.S.C. 3006A(e)(3)

_____              _____                    _____
Signature of Chief Judge, Court of Appeals (or Delegate)        Date                         Judge Code